UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

IN RE:                                                   *
                                                         *
DALE ERNEST AUSHERMAN                 * Case No. 08-10814-TJC
                                                         * (Chapter 7)
                    Debtor                       *

NOTICE OF TRUSTEE'S INTENTION TO SELL DEBTOR'S INTEREST IN
BRIERCREST ASSOCIATES, LLC

TO ALL CREDITORS AND PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that Merrill Cohen, Trustee for DALE ERNEST AUSHERMAN, the debtor herein, proposes to sell the debtor's interest in Briercrest Associates, LLC ("Briercrest") under the terms and conditions stated below.

The debtor owns a 23.646% interest in Briercrest, which is a Maryland Limited Liability Company.  The other members of Briercrest are family members of the debtor.  Briercrest owns a 24 unit apartment buiding located in Jefferson, Maryland.  According to information provided by the debtor, which has been verified by the Trustee, the property was appraised as having a fair market value of $1.85 million on September 6, 2007.  The appraisal has not been updated.  The property is secured by a deed of trust in the amount of approximately $267,000.  The Trustee has also reviewed the Operating Agreement for Briercrest.  Under the terms of the Operating Agreement, Briercrest has a right of first refusal with respect to any proposed sale of a member's interest to a non-member.  If exercised, the purchase price is paid in a non-negotiable promissory note payable over 15 years.   The debtor, Dale Ausherman has offered to purchase the estate's interest in Briercrest for $30,000.00.  The Trustee has reviewed this proposed transaction with the accountant employed by the estate and believes that there are no adverse tax consequences to the proposed redemption.

The Trustee believes that the proposed transfer is in the best interest of the debtor's estate.   Although the property owned by Briercrest may have substantial equity, after taking into account current market conditions, costs of sale, and the terms of the Operating Agreement, the Trustee believes that the offer is reasonable.

Any party objecting to the proposed sale must do so in writing and in accordance with Local Rule 2002-1.  All objections should be filed with the Clerk of the Court, United States Bankruptcy Court, 6500 Cherrywood Drive, Suite 300, Greenbelt, Maryland  20770, with a copy served on the trustee at the address shown below.  A copy of the objection should also be served on the United States Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, Maryland  20770. Objections

must be filed and served within on or before **December 31, 2009**. Any objection must contain a complete specification of the factual and legal grounds upon which it is based. If no objections are received, the sale may proceed in accordance with the terms recited herein without further order or notice. The Court may conduct a hearing or determine the matter without a hearing, in its discretion, regardless of whether any objections are filed.

In the event an objection is filed, the hearing is scheduled for **January 11, 2010 at 11:00 a.m.**, in Courtroom 3E, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

Any party with questions with respect to this matter may contact the undersigned.

DATE OF MAILING: December 7, 2009 /s/ Merrill Cohen
Merrill Cohen, Trustee
7910 Woodmont Avenue, Suite 1103
Bethesda, Maryland 20814
(301) 881-8300
merrillc@cohenbaldinger.com