UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

IN RE:                                            *
                                                  *
DALE ERNEST AUSHERMAN           * Case No. 08-10814-TJC
                                                  * (Chapter 7)
                    Debtor              *

NOTICE OF TRUSTEE'S INTENTION TO SELL DEBTOR'S INTEREST IN
FREDERICK INVESTMENT GROUP, II, LLC

TO ALL CREDITORS AND PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that Merrill Cohen, Trustee for DALE ERNEST AUSHERMAN, the debtor herein, proposes to sell the debtor's interest in Frederick Investment Group II, LLC ("FIG") under the terms and conditions stated below.

The debtor owns a 14.2857 interest in FIG, which owns a 22,000 square foot office, warehouse and condominium industrial building in Frederick, Maryland.  According to information provided by the debtor, the property has a fair market value of $800,000 and is subject to a deed of trust in the amount of approximately $663,000.  The debtor, Dale Ausherman has offered to purchase the estate's interest in Briercrest for $1,000.00.  The Trustee has reviewed this proposed transaction with the accountant employed by the estate and believes that there are no adverse tax consequences to the proposed redemption.

The Trustee believes that the proposed transfer is in the best interest of the debtor's estate.   After taking into consideration current market conditions, potential costs of sale, and the liquidity of the debtor's minority interest in FIG, the Trustee believes that the offer is reasonable.

Any party objecting to the proposed sale must do so in writing and in accordance with Local Rule 2002-1.  All objections should be filed with the Clerk of the Court, United States Bankruptcy Court, 6500 Cherrywood Drive, Suite 300, Greenbelt, Maryland  20770, with a copy served on the trustee at the address shown below.  A copy of the objection should also be served on the United States Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, Maryland  20770. Objections must be filed and served within on or before **December 31, 2009**.  Any objection must contain a complete specification of the factual and legal grounds upon which it is based.  If no objections are received, the sale may proceed in accordance with the terms recited herein without further order or notice.  The Court may conduct a hearing or determine the matter without a hearing, in its discretion, regardless of whether any objections are filed.

In the event an objection is filed, the hearing is scheduled for **January 11, 2010 at 11:00**

1

**a.m.**, in Courtroom 3E, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

Any party with questions with respect to this matter may contact the undersigned.

DATE OF MAILING: December 7, 2009                /s/ Merrill Cohen
                                                                        Merrill Cohen, Trustee
                                                                        7910 Woodmont Avenue, Suite 1103
                                                                        Bethesda, Maryland  20814
                                                                        (301) 881-8300
                                                                        merrillc@cohenbaldinger.com