UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

IN RE:                              *
                                    *
DALE ERNEST AUSHERMAN               * Case No. 08-10814-TJC
                                    * (Chapter 7)
            Debtor                  *

NOTICE OF TRUSTEE'S INTENTION TO SELL DEBTOR'S INTEREST IN
LIONHEART HEDGESVILLE, LP

TO ALL CREDITORS AND PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that Merrill Cohen, Trustee for DALE ERNEST AUSHERMAN, the debtor herein, proposes to allow the redemption of the debtor's interest in Lionheart Hedgesville, LP ("Lionheart") under the terms and conditions stated below.

The debtor owns a 20% interest in Lionheart, which in turn is the sole owner of Pender Landing Real Estate, LLC ("Pender").  Lionheart has no assets other than Pender.  Pender owns the Pender Landing Shopping Center which is located in Burgaw, North Carolina.  Based upon information provided to the Trustee by Edward Scott, the Managing Member of Pender, the market value of the Pender Landing Shopping Center is approximately $2.4 million (if the shopping center is fully leased) and the the liabilities of Pender is in excess of $2.4 million.  Therefore, there is no equity in Pender and the debtor's 20% interest in Lionheart has no value.  Lionheart has offered to redeem the debtor's interest in Lionhart for $1,500.00.  The Trustee has reviewed this proposed transaction with the accountant employed by the estate and believes that there are no adverse tax consequences to the proposed redemption.

The Trustee believes that the proposed transfer is in the best interest of the debtor's estate.

Any party objecting to the proposed sale must do so in writing and in accordance with Local Rule 2002-1.  All objections should be filed with the Clerk of the Court, United States Bankruptcy Court, 6500 Cherrywood Drive, Suite 300, Greenbelt, Maryland  20770, with a copy served on the trustee at the address shown below.  A copy of the objection should also be served on the United States Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, Maryland  20770. Objections must be filed and served within on or before **December 31, 2009**.  Any objection must contain a complete specification of the factual and legal grounds upon which it is based.  If no objections are received, the sale may proceed in accordance with the terms recited herein without further order or notice.  The Court may conduct a hearing or determine the matter without a hearing, in its discretion, regardless of whether any objections are filed.

In the event an objection is filed, the hearing is scheduled for **January 11, 2010 at 11:00 a.m.**, in Courtroom 3E, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

Any party with questions with respect to this matter may contact the undersigned.

DATE OF MAILING: December 7, 2009     /s/ Merrill Cohen
Merrill Cohen, Trustee
7910 Woodmont Avenue, Suite 1103
Bethesda, Maryland  20814
(301) 881-8300
merrillc@cohenbaldinger.com