UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

IN RE:                                        *
                                              *
DALE ERNEST AUSHERMAN           * Case No. 08-10814-TJC
                                              * (Chapter 7)
                    Debtor              *

NOTICE OF TRUSTEE'S INTENTION TO SELL DEBTOR'S INTEREST IN
AFIG 2, LLC

TO ALL CREDITORS AND PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that Merrill Cohen, Trustee for DALE ERNEST AUSHERMAN, the debtor herein, proposes to allow the redemption of the debtor's interest in AFIG 2, LLC ("AFIG 2") under the terms and conditions stated below.

The debtor owns a 62.50% interest in AFIG, which in turn owns 10.666% interest in SCP-EBC, LLC ("SCP-EBC").  AFIG has no assets other than SCP-EBC.  SCP-EBC owns a small warehouse complex located at 7900-2966 East Baltimore Street, Baltimore, Maryland Based upon information provided to the Trustee by Edward Scott, the Managing Member of SCP-EBC, the market value of the property owned by SCP-EBC is approximately $3.24 million (if the property fully leased) and the the liabilities of Pender is in excess of $3.241 million. Therefore, there is no equity in SCP-EBC and the debtor's 62.50% interest in AFIG 2 has no value.  SCP-EBC has offered to redeem the debtor's interest in AFIG 2 for $625.00.  The Trustee has reviewed this proposed transaction with the accountant employed by the estate and believes that there are no adverse tax consequences to the proposed redemption.

The Trustee believes that the proposed transfer is in the best interest of the debtor's estate.

Any party objecting to the proposed sale must do so in writing and in accordance with Local Rule 2002-1.  All objections should be filed with the Clerk of the Court, United States Bankruptcy Court, 6500 Cherrywood Drive, Suite 300, Greenbelt, Maryland  20770, with a copy served on the trustee at the address shown below.  A copy of the objection should also be served on the United States Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, Maryland  20770. Objections must be filed and served within on or before **December 31, 2009**.  Any objection must contain a complete specification of the factual and legal grounds upon which it is based.  If no objections are received, the sale may proceed in accordance with the terms recited herein without further order or notice.  The Court may conduct a hearing or determine the matter without a hearing, in its discretion, regardless of whether any objections are filed.

In the event an objection is filed, the hearing is scheduled for **January 11, 2010 at 11:00 a.m.**, in Courtroom 3E, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

Any party with questions with respect to this matter may contact the undersigned.

DATE OF MAILING: December 7, 2009                /s/ Merrill Cohen
                                                Merrill Cohen, Trustee
                                                7910 Woodmont Avenue, Suite 1103
                                                Bethesda, Maryland  20814
                                                (301) 881-8300
                                                merrillc@cohenbaldinger.com