UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| IN RE: | * |
| | * |
| DALE ERNEST AUSHERMAN | * Case No. 08-10814-TJC |
| | * (Chapter 7) |
| Debtor | * |

| | |
|---|---|
| IN RE: | * |
| | * |
| CANDACE JO AUSHERMAN | * Case No. 08-17061-TJC |
| | * (Chapter 7) |
| Debtor | * |

NOTICE OF TRUSTEE'S INTENTION TO SELL DEBTORS' INTEREST IN
<u>HIL FOURTEEN, LLC AND CATOCTIN POINT, LLC</u>

TO ALL CREDITORS AND PARTIES IN INTEREST:

    YOU ARE HEREBY NOTIFIED that Merrill Cohen, Trustee for DALE ERNEST AUSHERMAN AND CANDACE JO AUSHERMAN, the debtors herein, proposes to sell the debtors' interest in Hil Fourteen LLC ("Hil") and Catoctin Point, LLC ("Catoctin") under the terms and conditions stated below.

    The debtor Dale Ausherman ("Dale") owns a 7.314% interest in Catoctin. The debtor Candace Ausherman ("Candace") owns a 9.167% interest in Catoctin. Catoctin owns a 18.237% interest in Hil. Dale separately owns a .639% interest in Hil. The other members of Hil and Catoctin are family members of the debtors. Hil owns marketable securities with a value, as of September 1, 2009, of $3.388 million. Accordingly, Dale's interest in Hil has a value of $21,649.32. The value of Catoctin's interest in Hil is $617,869.56. Dale's interest in Catoctin has a value of $45,190.98. Candace's interest in Catoctin has a value of $56,6410.10. The Trustee has also reviewed the Operating Agreement for Hil. There are a number of restrictions on the transfer of a member's interest in the company. For example, Hil has a right of first refusal with respect to any proposed sale of a member's interest to a non-member. Dale has offered to purchase his interest in Hil for $10,000.00 and his interest in Catoctin for $8,500.00. Candace has offered to purchase her interest in Catoctin for $10,500.00. The Trustee has reviewed this proposed transaction with the accountant employed by the estate and believes that there are no adverse tax consequences to the proposed sale.

    The Trustee believes that the proposed transfer is in the best interest of the debtor's

estate. Although the securities owned by Hil has substantial value, after taking into account the marketability of the interests in these entities, the potential transaction costs, and the terms of the Operating Agreement, the Trustee believes that the offer is reasonable.

      Any party objecting to the proposed sale must do so in writing and in accordance with Local Rule 2002-1. All objections should be filed with the Clerk of the Court, United States Bankruptcy Court, 6500 Cherrywood Drive, Suite 300, Greenbelt, Maryland 20770, with a copy served on the trustee at the address shown below. A copy of the objection should also be served on the United States Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, Maryland 20770. Objections must be filed and served within on or before **December 31, 2009**. Any objection must contain a complete specification of the factual and legal grounds upon which it is based. If no objections are received, the sale may proceed in accordance with the terms recited herein without further order or notice. The Court may conduct a hearing or determine the matter without a hearing, in its discretion, regardless of whether any objections are filed.

      In the event an objection is filed, the hearing is scheduled for **January 11, 2010 at 11:00 a.m.**, in Courtroom 3E, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

      Any party with questions with respect to this matter may contact the undersigned.

DATE OF MAILING: December 7, 2009       /s/ Merrill Cohen
      Merrill Cohen, Trustee
      7910 Woodmont Avenue, Suite 1103
      Bethesda, Maryland 20814
      (301) 881-8300
      merrillc@cohenbaldinger.com